**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
 rochellewilcox@dwt.com
LISA J. KOHN (State Bar No. 260236)
 lisakohn@dwt.com

Attorneys for Defendants
GANGLAND PRODUCTIONS, INC. and
A&E TELEVISION NETWORKS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GANGLAND PRODUCTIONS, INC., an Illinois Corporation; A&E TELEVISION NETWORKS, LLC, a Delaware Corporation; and ROES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. **SA CV11-00389 AG (MLGx)**<br><br>**NOTICE OF AUTOMATIC STAY PENDING APPEAL**<br><br>Date:　N/A<br>Time:　N/A<br>Dept.:　10D<br><br>Assigned to the Hon. Andrew J. Guilford<br><br>Action Filed: March 11, 2011 |

1  Defendants Gangland Productions, Inc. and A&E Television Networks, LLC
2  ("Defendants") hereby give notice that on August 5, 2011, Defendants filed a Notice
3  of Appeal from the Court's August 1, 2011 Order denying Defendants' anti-SLAPP
4  motion. (Docket No. 46.) The filing of that Notice of Appeal automatically stays all
5  proceedings in the trial court pending resolution of that appeal. *See Batzel v. Smith*,
6  333 F.3d 1018, 1026 (9th Cir. 2003) (anti-SLAPP statute applies in federal court
7  "[b]ecause California law recognizes the protection of the anti-SLAPP statute as a
8  substantive immunity from suit"); *Varian Medical Systems, Inc. v. Delfino*, 35 Cal.
9  4th 180, 186 (2005) (perfecting of an appeal from denial of anti-SLAPP motion
10 automatically stays all proceedings in trial court).

12 DATED: August 18, 2011          DAVIS WRIGHT TREMAINE LLP
                                    KELLI L. SAGER
13                                  ROCHELLE L. WILCOX
14                                  LISA J. KOHN

16                                  By:/s/ *Rochelle L. Wilcox*
17                                       Rochelle L. Wilcox

18                                  Attorneys for Defendants
19                                  GANGLAND PRODUCTIONS, INC. and
                                    A&E TELEVISION NETWORKS, LLC

1

NOTICE OF AUTOMATIC STAY PENDING APPEAL
DWT 18056255v1 0052023-000026

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899